United States Court of Appeals
Fifth Circuit

F I L E D

May 23, 2007

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 06-20833
Summary Calendar

_____

DEBRA DECATO,

Plaintiff-Appellant,

versus

NORTHEAST MEDICAL CENTER HOSPITAL,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Southern District of Texas, Houston
USDC No. 4:05-CV-449

_____

Before REAVLEY, GARZA  and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

        The judgment of the Magistrate Judge is affirmed for the reasons stated

in his opinion dated August 15, 2006.  The appellant was terminated after her

_____

        [*] Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be
published and is not precedent except under the limited circumstances set forth in 5TH CIR. R.
47.5.4.

medical leave had terminated because she was insubordinate and failed to report for surgical duty on January 4, 2005. There is no evidence in this record that this reason for her discharge was only pretexual.

AFFIRMED.